IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLENE ADAMS

    Defendant.

8:17CR272

**ORDER**

This matter is before the court on the defendant's Stipulated Motion to Continue Trial [16] and the Amended Stipulated Motion to Continue Trial [17]. Counsel seeks a continuance to prepare for an upcoming trial in District Court of Douglas County, Nebraska. There is no objection from the government's counsel. Defendant shall comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the defendant's Stipulated Motion to Continue Trial [16] is denied as moot and the Amended Stipulated Motion to Continue Trial [17] is granted as follows:

1. The jury trial, now set for October 24, 2017 is continued to **December 5, 2017**.

2. The defendant shall file an affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 5, 2017,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 19th day of October, 2017.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge