IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17-CR-272 |
| vs. | |
| CHARLENE ADAMS, | ORDER |
| Defendant. | |

This matter is before the Court on the United States of America's Motion for Dismissal (Filing 78). The United States seeks dismissal without prejudice of both the Petition for Warrant or Summons for Offender Under Supervision (Filing 56). Accordingly, the Court grants the motion.

IT IS ORDERED:

1. The United States of America's Motion to Dismiss (Filing 78) is granted; and

2. The Petition for Warrant or Summons for Offender Under Supervision (Filing 56) is dismissed without prejudice.

Dated this 11th day of January, 2021.

BY THE COURT:

Brian C. Buescher
United States District Judge