IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CHARLENE ADAMS,<br><br>　　　　　　　Defendant. | 8:17-CR-272<br><br>ORDER |

This matter is before the Court on Plaintiff's Motion to Dismiss, Filing 101, the Petition for Warrant or Summons for Offender Under Supervision, Filing 80. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion, Filing 101, is granted; and

2. The Petition for Warrant or Summons for Offender Under Supervision, Filing 80 is dismissed without prejudice.

Dated this 3rd day of March, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge